

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PETER I. SHAH, | § | No. 08-22-00198-CV |
| Appellant | § | Appeal from the |
| | § | 143rd Judicial District Court |
| v. | § | of Reeves County, Texas |
| MAPLE ENERGY HOLDINGS, LLC, | § | (TC# 22-03-24342-CVR) |
| Appellee | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We affirm the trial court's judgment granting Maple Energy's claims for both declaratory and injunctive relief. However, because we conclude that the trial court improperly awarded Maple Energy a money judgment in the amount of $95,154.50, we reverse the trial court's judgment with respect to the money judgment and remand for a hearing on the issue of the proper amount of damages to be awarded. If, however, Maple Energy timely files a remittitur with this Court in the amount of $9,738.00 within 15 days of the date this opinion is issued, the judgment will be reformed to reflect a damages award of $85,416.50 and affirmed in all other respects.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2023.


LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.